THE EQUITABLE TRUST COMPANY OF NEW YORK, as
Trustee under a Deed of Trust Executed by JOHN
D. ROCKEFELLER, Respondent, v. ALTA R. PRENTICE,
Appellant, and MARY A. PRENTICE et al., Respondents,
Impleaded with Others.

(Argued October 23, 1928; decided October 26, 1928.)

*H. A. Cushing* for appellant.

*Winthrop W. Aldrich* and *Harrison Tweed* for plaintiff-respondent.

*Thomas M. Debevoise* and *Eugene Congleton* for Rockefeller Foundation et al., respondents.

*William D. Stiger* for Mary A. Prentice et al., respondents.

*Everett Colby* and *Dallas S. Townsend* for John D. Rockefeller, Jr., et al., respondents.

*John W. Davis, D. F. McPherson, George W. Jaques* and *James F. Oates, Jr.,* for Edith R. McCormick, *amicus curiae.*

*Hugo Kohlmann* and *Henry A. Stickney* for Curtis, Mallet-Prevost, Colt and Mosle, *amici curiae.*

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.